UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:  
  Helen Jane Novak,  
  Debtor(s).

Chapter 7  
Bky. No. 19-31313-JDA-7

## STATEMENT REGARDING OWNERSHIP OF ACAR LEASING LTD D/B/A GM FINANCIAL LEASING

☒ The following entities directly or indirectly own 10% or more of any class of the corporation's equity interest:

**Name:** GM Financial  
**Address:** 801 Cherry Street, Ste. 3900  
Fort Worth, TX 76102

**Name:**  
**Address:**

☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

The undersigned is the Movant.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/10/2019

_____  
Dinora Gutierrez  
Bankruptcy Specialist  
GM Financial

xxxxx90057 / 119210 / 992026